**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:19-mj-2149-AEP | **DATE:** | 9/5/19 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | James Plunkett, sworn |
| UNITED STATES OF AMERICA v. ODIMAR ARAGON PANDALES | | **LANGUAGE:** | spanish |
| | | **GOVERNMENT COUNSEL** Mike Gordon for Josie Thomas AUSA | |
| | | **DEFENSE COUNSEL** Darlene Barror Esq. | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 11:20 to 11:22 | **TOTAL:** 2 min | **PRETRIAL:** | Vanessa Mendez pretrial |
| **PROCEEDINGS:** Detention hearing | | **COURTROOM:** | 10A |

Defendant present.

Government is seeking detention.

Defendant waives bond at this time without prejudice.

Court orders defendant detained.   Order to be entered.