UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-MJ-2149-AEP

ODIMAR ARAGON PANDALES
_____/

### ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the Defendant pending trial in this case.

The Defendant stands charged in an Criminal Complaint for a conspiracy to defraud the United States, in violation of 18 U.S.C. § 371, and for obstruction of justice, in violation of 18 U.S.C. § 1503. The Government requested that the Defendant be detained as a serious risk of flight pursuant to 18 U.S.C. § 3142(f)(2). At present, the Defendant does not contest the Government's request for detention. In these circumstances, and based upon the credible information[1] submitted by the Government, I am satisfied by clear and convincing evidence that there are no conditions available to the Court that will assure that the Defendant is not a serious a risk of flight. Counsel may revisit the matter of bail on a motion should circumstances warrant. Accordingly, I order the Defendant **DETAINED**.

---

[1] "The rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the [detention] hearing." 18 U.S.C. § 3142(f). *See* 18 U.S.C. § 3142(g) for the factors to be taken into account.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 5th day of September, 2019.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Pretrial Services
U.S. Marshal